OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE



PRESORTED
FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES

02 1R          $ 00.26⁵
0002003152    FEB 09 2015
MAILED FROM ZIP CODE 78701

2/2/2015
ROBLES, JUAN VALADEZ    Tr. Ct. No. CR-08B-029A          WR-82,813-01
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk



JUAN VALADEZ ROBLES
WHEELER UNIT TDC # 1643655
986 COUNTY ROAD AA
PLAINVIEW TX 79072

U.T.F

N3B 79072